414 A.2d 37

COMMONWEALTH of Pennsylvania

v.

William F. RYAN

Supreme Court of Pennsylvania.

March 26, 1980.

ORDER

Allocatur Docket No. 4509.

PER CURIAM.

AND NOW this 26th day of March, 1980, the above-entitled cause is remanded to the Superior Court to determine whether its order entered July 27, 1979, intended to include in the mandate a direction to the court below to grant the motion to suppress the challenging evidence or to conduct a new suppression hearing.